**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7493**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RUFUS HOPKINS, a/k/a Rock,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:07-cr-00153-JFA-1)

Submitted: April 29, 2019                                    Decided: May 3, 2019

Before KING and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rufus Hopkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rufus Hopkins appeals the district court's orders denying his Fed. R. Civ. P. 60(d)(3) motion and his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hopkins*, No. 3:07-cr-00153-JFA (D.S.C. Nov. 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*